**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hugo MENDEZ–TORRES,**
**Defendant–Appellant.**

**No. 09–10025.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 25, 2010.[*]

Filed June 15, 2010.

Randall M. Howe, Esquire, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tyrone Mitchell, Esquire, Tyrone Mitchell P.C., Phoenix, AZ, Hugo Mendez–Torres, Edgefield, SC, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM [**]

Hugo Mendez–Torres appeals from the nine-month sentence imposed following

revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Mendez–Torres' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

